No. 6931.—GONZÁLEZ, apldo. *v.* CORTE MUNICIPAL, dmda. y GARCÍA, aplte.—C. D. San Juan. ▓▓▓▓▓▓▓ Febrero 21, 1935.

Por los motivos consignados en la opinión emitida en el día de hoy en el caso No. 6895, *Joaquín Vendrell, peticionario apelado,* v. *Corte Municipal de San Juan, Sección Primera, Hon. Manuel Gaetán Barbosa, Juez, demandado apelado, y Ernesto Fernando Schlüter, interventor apelante,* (ante, pág. 161) se revoca la sentencia apelada que dictó la Corte de Distrito de San Juan con fecha 10 de enero

de 1935 en el caso arriba titulado, y se devuelve el mismo a la Corte de Distrito de su origen para ulteriores procedimientos no inconsistentes con esta opinión.